UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO.: 2:20-cr-00739-SRC-1

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

GIGI KNOWLE,
*Defendant.*
_____/

### DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, GIGI KNOWLE, by and through the undersigned Counsel, and moves this Honorable Court to early terminate probation, and in support thereof, shows the following:

1. On or about October 02, 2024, the Defendant pled guilty to a one count information charging fraud and false statements by subscribing to a false tax return and was sentenced to three years' probation and fined in the amount of $5,500.00.

2. The Defendant has successfully complied with all terms and conditions of his probation including his financial obligations.

3. The Defendant has paid all his financial obligations in full.

4. The Defendant has no prior criminal history.

5. The Defendant is a 74-year-old naturalized United States citizen originally from Austria.

6. Most importantly, the Defendant requests to terminate his probation due to multiple ongoing medical issues. Mr. Knowle suffers from several medical issues, including reflux esophagitis, hiatus hernia, postoperative pneumothorax, cholecystolithiasis, a renal cyst, high

blood pressure, and iron deficiency. Due to his preexisting medical conditions, he was denied health insurance in the United States and must frequently travel to Austria for various medical procedures. Since the inception of this case, the Defendant has been required to travel over a dozen times to Austria for necessary medical procedures.

The Defendant was required to travel to Austria in January 2021, for emergent surgery on his esophagus due to reflux esophagitis complications. He then had to return to Austria in June 2021, for a follow up surgery, and again in October 2021. In November 2021, the Defendant suffered a heart attack and traveled to Austria for an evaluation regarding open heart surgery. He then returned to Austria in July 2022, to have two stents placed in his heart. In November 2022, the defendant traveled for follow up care regarding his heart and stomach surgeries, then again in February 2023, for follow up surgery. In April 2023, the Defendant was required to undergo a gastrointestinal procedure. Further medical procedures were conducted in August 2023, January, 2024, May, 2024, and again in August 2024.

As a result of his multiple medical ailments, Mr. Knowles now has nine stints in place and is required to take the following medications twice daily: THROMBO ASSFTBL 100MG; AMLODIPIN LA TBL5MG; BRILIQUE FTBL 90MG; BRILIQUEFTBL 60mg; TAMSULOSINGENRETTBL0,4MG; EZEROSU 10/40mg; PANTOLOC FTBL 40MG; and CONCOR COR FTBL 5MG7.

7. Undersigned counsel has conferred with the Defendant's Miami probation officer, Ryan Brown, who has no objection to the relief sought in this motion.

8. Undersigned counsel has conferred with Assistant United States Attorney Carolyn Silane who objects to the relief sought herein.

WHEREFORE, the Defendant, Gigi Knowle, respectfully requests this Honorable Court to early terminate his probation.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed via CM/ECF and furnished to the United States Attorneys Office on this 31st day of October, 2025.

                        Respectfully submitted,

By:     */s/ Bijan S. Parwaresch*
           Law Offices of Bijan Parwaresch & Associates
           FL Bar No. 127700
           407 Lincoln Road, Suite 12-E
           Miami Beach, FL.  33139
           Tel.  305-505-8858
           bijanlaw@aol.com
           *Attorney for Defendant*